**SO ORDERED.**

**SIGNED this 28 day of July, 2026.**

**David M. Warren**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-00090-5-DMW |
| | ) | |
| PATRICK JOSEPH CAMPBELL., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER**

George F. Sanderson III, Trustee, having objected to the claim of Virginia Quinn Campbell designated as claim 2 in the above-captioned case in the amount of $251,697.25, and requesting that the status of the claim be denied, and no response having been filed after notice,

IT IS HEREBY ORDERED that the objection to claim 2 is SUSTAINED and that claim 2 is disallowed.

**END OF DOCUMENT**