FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No.:** 24-00090-5-DMW
**Case Name:** Campbell, Patrick
**For the Period Ending:** 06/30/2026

**Trustee Name:** George F. Sanderson
**Date Filed (f) or Converted (c):** 01/10/2024 (f)
**§341(a) Meeting Date:** 02/06/2024
**Claims Bar Date:** 07/04/2025

| | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| **Ref. #** | | | | | | | | | |
| 1 | 1999 Nissan Pathfinder | | $900.00 | $0.00 | | $0.00 | FA | $0.00 | $900.00 |
| 2 | Furniture to include bedroom and living room sets, tables, etc. | | $500.00 | $500.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | Clothes | | $100.00 | $0.00 | | $0.00 | FA | $0.00 | $100.00 |
| 4 | Cash | | $20.00 | $20.00 | | $0.00 | FA | $0.00 | $0.00 |
| 5 | Checking Fidelity Bank | | $430.00 | $0.00 | | $0.00 | FA | $0.00 | $430.00 |
| 6 | IRA E Trade (Rollover) | | $0.57 | $0.00 | | $0.00 | FA | $0.00 | $0.57 |
| 7 | SEP E Trade | | $0.13 | $0.00 | | $0.00 | FA | $0.00 | $0.13 |
| 8 | Pension Dupont Retirement | | $2,000.00 | $0.00 | | $0.00 | FA | $0.00 | $2,000.00 |
| 9 | TRowe Price 529 Plan (for daughter) | | $160.00 | $0.00 | | $0.00 | FA | $0.00 | $160.00 |
| 10 | US Patent US1002471882 (for Triangle Strategy Group, LLC) | | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 11 | Tools of Trade | | $500.00 | $0.00 | | $0.00 | FA | $0.00 | $500.00 |
| 12 | US Patent 9,727,838 B2 (Active) | (u) | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 13 | US Patent (lapsed)10,378,956 B2 | (u) | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 14 | US Patent (lapsed) 10,083,453 B2 | (u) | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 15 | 2022 Most Likely to be credited/absorbed towards taxes already owed (Federal) | (u) | $208.00 | $208.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 16 | 2022 Most Likely to be credited/absorbed towards taxes already owed (State) | (u) | $267.00 | $267.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 17 | TA 29010 Campbell et.al. v. NCDHSS-Potential Claim for Assault 8/12/23 | (u) | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 18 | TA 29066 Campbell et. al. v. UNC Potential claim for assault/battery 8/12/2023 | (u) | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 19 | Wedding Ring | (u) | $100.00 | $0.00 | | $0.00 | FA | $0.00 | $100.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



| | | | |
|---|---|---|---|
| **Case No.:** | 24-00090-5-DMW | **Trustee Name:** | George F. Sanderson |
| **Case Name:** | Campbell, Patrick | **Date Filed (f) or Converted (c):** | 01/10/2024 (f) |
| **For the Period Ending:** | 06/30/2026 | **§341(a) Meeting Date:** | 02/06/2024 |
| | | **Claims Bar Date:** | 07/04/2025 |

| | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions,** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exemption Amount** |
| 20 | Electronics in the nature of laptop and cell phone | (u) | $250.00 | $0.00 | | $0.00 | FA | $0.00 | $250.00 |
| **Asset Notes:** | Added per Amended Schedules Docket Entry 16 | | | | | | | | |
| 21 | Possible Equitible Distribution Property not previously distributed in accordance with Equitable Distribution Order | (u) | $0.00 | $0.00 | | $59,680.26 | FA | $0.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | | | **$5,435.70** | **$995.00** | | **$59,680.26** | **$0.00** | **$0.00** | **$4,440.70** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2026 | Objection to priority claim of former spouse filed June 17, 2026 and remains pending [Objection to claim granted 7.28.2026]. |
| 03/31/2026 | Trustee reviewing claims and attempting to settle potentially objectionable claims. |
| 12/31/2025 | Trustee reviewing claims for potential objection. |
| 06/30/2025 | Objection to discharge case resolved and $59,680.26 turned over to the estate by Debtor's former spouse pursuant to prior state court equitable distribution order. Proof of claim deadline set for July 4, 2025. Trustee to review claims after deadline to file. |
| 12/31/2024 | Trial set on objection to discharge claim February 11, 2025 [subsequently continued pending consideration of motion to approve consent order to resolve objection to discharge action]; Trustee separately negotiating turnover of equitable distribution funds with Debtor's ex-spouse]. |
| 06/30/2024 | 1.Trustee objected to discharge on June 6, 2024<br>2.Trustee investigating possible uncollected ED funds that belong to estate. |

**Initial Projected Date Of Final Report (TFR):** 06/30/2025 **Current Projected Date Of Final Report (TFR):** 12/31/2026

/s/ GEORGE F. SANDERSON

GEORGE F. SANDERSON

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-00090-5-DMW
**Case Name:** Campbell, Patrick
**Primary Taxpayer ID #:** **-***8970
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 01/10/2024
**For Period Ending:** 06/30/2026

**Trustee Name:** George F. Sanderson
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0016
**Account Title:**
**Blanket bond (per case limit):** $1,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/31/2025 | (21) | Virginia Quinn Campbell | Receipt of Proceeds of Roth IRA to be turned over per Wake County District Court equitable distribution order, plus proceeds | 1249-000 | $59,680.26 | | $59,680.26 |
| 03/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $2.57 | $59,677.69 |
| 04/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.59 | $59,603.10 |
| 05/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.50 | $59,528.60 |
| 06/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.41 | $59,454.19 |
| 07/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.31 | $59,379.88 |
| 08/29/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.22 | $59,305.66 |
| 09/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.13 | $59,231.53 |
| 10/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $74.03 | $59,157.50 |
| 11/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.94 | $59,083.56 |
| 12/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.85 | $59,009.71 |
| 01/30/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.76 | $58,935.95 |
| 02/27/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.66 | $58,862.29 |
| 03/31/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.57 | $58,788.72 |
| 04/30/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.48 | $58,715.24 |
| 05/29/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.39 | $58,641.85 |
| 06/30/2026 | | Pinnacle Bank | Service Charge | 2600-000 | | $73.30 | $58,568.55 |

**SUBTOTALS** $59,680.26 $1,111.71

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-00090-5-DMW | **Trustee Name:** | George F. Sanderson |
| **Case Name:** | Campbell, Patrick | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8970 | **Checking Acct #:** | ******0016 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/10/2024 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $59,680.26 | $1,111.71 | $58,568.55 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $59,680.26 | $1,111.71 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $59,680.26 | $1,111.71 | |

**For the period of 01/10/2024 to 06/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,680.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,680.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,111.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,111.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/24/2024 to 6/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,680.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,680.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,111.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,111.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 24-00090-5-DMW | **Trustee Name:** | George F. Sanderson |
| **Case Name:** | Campbell, Patrick | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***8970 | **Checking Acct #:** | ******0016 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 01/10/2024 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 06/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $59,680.26 | $1,111.71 | $58,568.55 |

**For the period of 01/10/2024 to 06/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,680.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,680.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,111.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,111.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/24/2024 to 6/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,680.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,680.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,111.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,111.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GEORGE F. SANDERSON

GEORGE F. SANDERSON